JOHN WADE CARPENTER (SBN 221708)
*john@jwcarpenterlaw.com*
TECHNOLOGY LICENSING COMPANY, INC.
33-1/2 Los Pinos
Nicasio , California 94946
Telephone: 415.577.0698
Facsimile: 415.410.6248

Attorneys for Plaintiff/Counterdefendant
TECHNOLOGY LICENSING COMPANY, INC.

MATTHEW F. WEIL (SBN 157505)
*mweil@mwe.com*
DAVID M. STEIN (SBN 198256)
*dstein@mwe.com*
McDERMOTT WILL & EMERY LLP
18191 Von Karman Avenue, Suite 500
Irvine, California 92612-7108
Telephone: 949.851.0633
Facsimile: 949.851.9348

Attorneys for Defendant/Counterclaimant
MUSTEK, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| TECHNOLOGY LICENSING COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> MUSTEK, INC., <br><br> Defendant. <br><br> and related counterclaim. | CASE NO. 5:08-cv-04253-PVT <br><br> **STIPULATION AND [**XXXXXXXXXXXX**] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** <br><br> Magistrate Judge Patricia V. Trumbull <br><br> Current Case Management Conference: <br><br> Date: January 20, 2009 <br> Time: 2:00 p.m. <br> Ctrm: 5 |

STIPULATION AND [PROPOSED] ORDER
CONTINUING CASE MANAGEMENT
CONFERENCE

(CASE NO. CV-08-04253 PVT)

Pursuant to Local Rules 6-2 and 7-12, Plaintiff Technology Licensing Company, Inc. and Defendant Mustek, Inc. jointly request that the Court continue the case management conference, now scheduled in this case for January 20, 2009.

The following facts are relevant to this request:

1.  Defendant Mustek, Inc. has been duly served in this action, filing an answer and counterclaim on December 29, 2008.

2.  Plaintiff Technology Licensing Company's response to the counterclaim is due January 20, 2009.

3.  The parties are engaged in an informal exchange of information and discussions regarding possible settlement and are hopeful that these discussions will bear fruit.

4.  This case is currently set for a Case Management Conference on January 20, 2009 at 2:00 p.m. The Case Management Statement is due by January 13, 2009.

5.  The parties agree that their resources and the resources of the Court would best be served by postponing the Case Management Conference.

Based on the foregoing, THE PARTIES HEREBY STIPULATE to the following:

1.  The initial Case Management Conference currently scheduled for January 20, 2009, should be continued to February 10, 2009 (or such other date as the Court may designate) at 2:00 p.m. in Courtroom 5 of the United States Courthouse located at 280 South First Street, San Jose, California 95113.

2.  The Case Management Statement currently due on January 13, 2009, should be filed no later than February 3, 2009 (or such other date as the Court may designate).

STIPULATION AND [PROPOSED] ORDER
CONTINUING CASE MANAGEMENT
CONFERENCE
- 1 -
(CASE NO. CV-08-04253 PVT)

Before the filing of this stipulation, there have not been any changes to Court ordered deadlines or dates in this case. The effect on the schedule for this case depends on the timing and outcome of the parties settlement negotiations.

**IT IS SO STIPULATED.**

Dated: January 14, 2009                TECHNOLOGY LICENSING COMPANY, INC.

                                       By:  /s/ Matthew Weil for Mr. Carpenter
                                                  John Wade Carpenter

                                       Attorneys for Plaintiff/Counterdefendant
                                       TECHNOLOGY LICENSING COMPANY, INC.


Dated: January 14, 2009                McDERMOTT WILL & EMERY LLP

                                       By:   /s/ Matthew F. Weil
                                                  Matthew F. Weil

                                       Attorneys for Defendant/Counterclaimant
                                       MUSTEK, INC.


ATTESTATION OF E-FILED SIGNATURE

I, Matthew Weil, attest that signatory John Carpenter has read and approved the STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE and consents to its filing in this action.

                                             /s/ Matthew F. Weil
                                                  Matthew F. Weil


**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: January 15, 2009                _/s/ Patricia V. Trumbull_
                                       PATRICIA V. TRUMBULL
                                       UNITED STATES MAGISTRATE JUDGE

ORC 454013-1.082851.0012

STIPULATION AND [PROPOSED] ORDER
CONTINUING CASE MANAGEMENT         - 2 -           (CASE NO. CV-08-04253 PVT)
CONFERENCE

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
IRVINE