JOHN WADE CARPENTER (SBN 221708)
*john@jwcarpenterlaw.com*
TECHNOLOGY LICENSING COMPANY, INC.
33-1/2 Los Pinos
Nicasio, California 94946
Telephone: 415.577.0698
Facsimile: 415.410.6248

Attorneys for Plaintiff/Counterdefendant
TECHNOLOGY LICENSING COMPANY, INC.

MATTHEW F. WEIL (SBN 157505)
*mweil@mwe.com*
DAVID M. STEIN (SBN 198256)
*dstein@mwe.com*
McDERMOTT WILL & EMERY LLP
18191 Von Karman Avenue, Suite 500
Irvine, California 92612-7108
Telephone: 949.851.0633
Facsimile: 949.851.9348

Attorneys for Defendant/Counterclaimant
MUSTEK, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| TECHNOLOGY LICENSING COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> MUSTEK, INC., <br><br> Defendant. <br><br> and related counterclaim. | CASE NO. 5:08-cv-04253-PVT <br><br> **SECOND STIPULATION AND [XXXXXXXXXX] ORDER CONTINUING CASE MANAGEMENT CONFERENCE (BY ONE WEEK)** <br><br> Magistrate Judge Patricia V. Trumbull <br><br> Current Case Management Conference: <br><br> Date: February 10, 2009 <br> Time: 2:00 p.m. <br> Ctrm: 5 <br><br> Proposed Case Management Conference: <br><br> Date: February 17, 2009 <br> Time: 2:00 p.m. <br> Ctrm: 5 |

STIPULATION AND [PROPOSED] ORDER
CONTINUING CASE MANAGEMENT
CONFERENCE

(CASE NO. CV-08-04253 PVT)

1  Pursuant to Local Rules 6-2 and 7-12, Plaintiff Technology Licensing Company, Inc. and
2  Defendant Mustek, Inc. jointly request that the Court continue the case management conference,
3  now scheduled in this case for February 10, 2009.

4  The following facts are relevant to this request:

5  1.  Defendant Mustek, Inc. has been duly served in this action, filing an answer and
6  counterclaim on December 29, 2008.

7  2.  Plaintiff Technology Licensing Company's response to the counterclaim is due
8  January 20, 2009.

9  3.  The parties are engaged in an informal exchange of information and discussions
10 regarding possible settlement and are hopeful that these discussions will bear fruit.

11 4.  This case was originally set for a Case Management Conference on
12 January 20, 2009 at 2:00 p.m.  Pursuant to a prior stipulation, the Court moved the Case
13 Management Conference to February 10, 2009.  Due to circumstances beyond his control,
14 counsel for Plaintiff Technology Licensing Company has discovered that he will not be in the San
15 Francisco Bay Area on February 10 as previously planned.  The Case Management Statement has
16 been filed.

17 5.  The parties agree that the Case Management Conference should be postponed.

19 Based on the foregoing, THE PARTIES HEREBY STIPULATE to the following:

20 1.  The initial Case Management Conference currently scheduled for February
21     10, 2009, should be continued to February 17, 2009 (or such other date as the
22     Court may designate) at 2:00 p.m. in Courtroom 5 of the United States Courthouse
23     located at 280 South First Street, San Jose, California  95113.

STIPULATION AND [PROPOSED] ORDER
CONTINUING CASE MANAGEMENT          - 1 -                    (CASE NO. CV-08-04253 PVT)
CONFERENCE

Before the filing of this stipulation, there was only one change to the Court ordered deadlines or dates in this case (as noted above). The effect on the schedule for this case depends on the timing and outcome of the parties settlement negotiations.

**IT IS SO STIPULATED.**

TECHNOLOGY LICENSING COMPANY, INC.

By: /s/ Matthew Weil for Mr. Carpenter
    John Wade Carpenter

Attorneys for Plaintiff/Counterdefendant
TECHNOLOGY LICENSING COMPANY, INC.

Dated: February 4, 2009          McDERMOTT WILL & EMERY LLP

By: /s/ Matthew F. Weil
    Matthew F. Weil

Attorneys for Defendant/Counterclaimant
MUSTEK, INC.

ATTESTATION OF E-FILED SIGNATURE

I, Matthew Weil, attest that signatory John Carpenter has read and approved the STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE and consents to its filing in this action.

/s/ Matthew F. Weil
Matthew F. Weil

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: February 4, 2009

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
UNITED STATES MAGISTRATE JUDGE

ORC 455439-1.082851.0012

STIPULATION AND [PROPOSED] ORDER
CONTINUING CASE MANAGEMENT          - 2 -          (CASE NO. CV-08-04253 PVT)
CONFERENCE