| | |
|---|---|
| 1 | JOHN WADE CARPENTER (SBN 221708) |
|   | *john@jwcarpenterlaw.com* |
| 2 | TECHNOLOGY LICENSING COMPANY, INC. |
|   | 33-1/2 Los Pinos |
| 3 | Nicasio, California 94946 |
|   | Telephone: 415.577.0698 |
| 4 | Facsimile: 1-866-410-6248 |
| 5 | Attorneys for Plaintiff/Counterdefendant |
|   | TECHNOLOGY LICENSING COMPANY, INC. |
| 6 | |
| 7 | MATTHEW F. WEIL (SBN 157505) |
|   | *mweil@mwe.com* |
| 8 | DAVID M. STEIN (SBN 198256) |
|   | *dstein@mwe.com* |
| 9 | McDERMOTT WILL & EMERY LLP |
|   | 18191 Von Karman Avenue, Suite 500 |
| 10 | Irvine, California 92612-7108 |
|    | Telephone: 949.851.0633 |
| 11 | Facsimile: 949.851.9348 |
| 12 | Attorneys for Defendant/Counterclaimant |
|    | MUSTEK, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TECHNOLOGY LICENSING COMPANY, INC., | CASE NO. 5:08-cv-04253-JSW |
| Plaintiff, and Counterclaim Defendant | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |
| v. | Judge Jeffrey S. White |
| MUSTEK, INC., | |
| Defendant. and Counterclaimant | |

STIPULATION AND [PROPOSED] ORDER
OF DISMISSAL

(CASE NO. CV-08-04253 JSW)

Pursuant to a confidential settlement agreement and release, IT IS HEREBY STIPULATED by and between Plaintiff TECHNOLOGY LICENSING COMPANY, INC. ("TLC") and Defendant MUSTEK, INC. ("MUSTEK"), through their counsel of record, that the above-captioned action, including all claims and counterclaims, be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party shall bear its own costs.

Dated: March 9, 2009

TECHNOLOGY LICENSING COMPANY, INC.

By: /s/ John Wade Carpenter
John Wade Carpenter

Attorneys for Plaintiff/Counterdefendant
TECHNOLOGY LICENSING COMPANY, INC.

Dated: March 9, 2009

McDERMOTT WILL & EMERY LLP

By: /s/ Matthew F. Weil
Matthew F. Weil

Attorneys for Defendant/Counterclaimant
MUSTEK, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 10, 2009

/s/ Jeffrey S. White
Jeffrey S. White
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL - 2 - (CASE NO. CV-08-04253 JSW)